# EXHIBIT C
# Schedule 1 – PPP Loan

Debtor had received, pre-petition, a commitment for a Payroll Protection Plan Loan ("PPP Loan"). Such loan was applied for and subsequently authorized as shown on Exhibit C1 attached hereto. The notes and agreements entered into this loan occurred pre-petition.

The bank has confirmed that it will fund this loan on March 30, 2021. The loan is unsecured and can be forgiven, if used pursuant to PPP Loan regulations. The proceeds of this loan are being offered as additional collateral to the primary secured lender.





# AUTHORIZATION
## PAYCHECK PROTECTION PROGRAM (PPP)

## NOTE

| | |
|---|---|
| Lender | The First National Bank of Bemidji, PO Box 670, Bemidji, MN 56619-0670 |
| SBA Loan # | 5994158608 |
| SBA Loan Name | Glow Hospitality, LLC |
| Borrower | Glow Hospitality, LLC |
| Authorized Representative | Baljinder S Sandhu |
| Note Date | 3/30/2021 |
| Maturity Date | 3/30/2026 |
| Note Amount | $97,300.00     US Dollars |
| Payment Amount | $2,232.51 |
| First Payment Date | 7/30/2022 |
| Payment Frequency | Monthly |
| Interest Rate | Fixed at 1.00% for the term of this loan |
| Note Terms | No payments are due on this loan until 10 months after 24 weeks following the loan disbursement date ("deferral period".) Interest will continue to accrue during the deferral period. Lender will apply each installment payment first to pay interest accrued to the day Lender received the payment, then to bring principal current, and will apply any remaining balance to reduce principal. |
| Disbursement Date | 3/30/2021 |
| Fees | There is no guarantee fee, annual service fee (ongoing guarantee fee), or subsidy recoupment fee for this loan. |
| Collateral | No collateral is required for this loan. |
| Guarantee(s) | No guarantees are required for this loan. |
| Prepayment Penalty | Borrower may prepay this Note at any time without penalty. |

The lender is issuing this Authorization under Section 7(a)(36) of the Small Business Act, as amended, for Small Business Administration (SBA) to guarantee 100% of a Paycheck Protection Program (PPP) Loan in the amount listed above to be made by the Lender to assist the Borrower. In return for the Loan, Borrower promises to pay to the order of the Lender the Loan Amount listed above (US Dollars), interest on the unpaid principal balance, and all other amounts required by this Note.

**When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.**




# NOTICE
## PAYCHECK PROTECTION PROGRAM

The specific intent of the Paycheck Protection Program is to incent businesses to retain workers at a similar wage. Reimbursement or **FORGIVENESS OF THE LOAN** for payroll costs and other specific costs defined in the provisions of Section 1106 of the CARES ACT, or Consolidated Appropriations Act, 2021 **is the financial incentive provided in the law. Not more than 40% of the total forgiveness amount can be attributable to non-payroll costs.**

## FORGIVENESS OF THE LOAN

- Forgiveness is determined by expenses incurred over an 8 to 24 week period starting with the Disbursement Date.
- Certain events will reduce the forgiveness amount
    - A reduction in Full Time Equivalent Employees (FTE's)
    - A reduction in wages paid to employees
    - Insufficient documentation of expenses incurred
    - Less than a 25% reduction in revenue, in the case of 2nd Draw Loans

The documentation required to support the forgiveness amount shall include, but is not limited to:
- Verification of 25% or greater revenue reduction, in the case of 2nd Draw Loans
- Comprehensive and detailed payroll records for each employee
- Verification of the number of FTE's
- Verification of the rates of pay for each employee
- Payroll tax filings issued to the Internal Revenue Service
- State income, payroll, and unemployment insurance filings
- Financial statements verifying payment on debt obligations
- Verification of payment of rent
- Verification of payment of utilities
- Verification of Covered Operations Expenditures
- Verification of Covered Property Damage Costs
- Verification of Covered Supplier Costs
- Verification of Covered Worker Protection Expenditures

The determination of the loan amount contained in the Borrower Application is derived solely from historical payroll records. Any reduction in the amount of payroll will cause a reduction in the forgiveness amount. The Authorized Representative of Borrower has read and understands the above and acknowledges the same by signing below.

Signature: X _____
Authorized Representative of Borrower

Printed Name: Baljinder S. Sandhu
Title: Governning Member / President